Test PDF Document

Test PDF Document

Test PDF Document